**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

OSJ Partners

    Plaintiffs

       v.                         Civil No. 23-1296 (MAJ)

Mona Zacharia Beerman

Defendants

**JUDGMENT**

On October 5, 2023, Plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice (Docket No. 36). In accordance with the Order entered on that same date (Docket No. 37), judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety, without the imposition of costs or attorney's fees.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of October, 2023.

s/Maria Antongiorgi-Jordan
MARIA ANTONGIORGI-JORDAN
UNITED STATES DISTRICT JUDGE